| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Murtha, J. Garvan | 2. Court or Organization U.S. District Court - Vermont | 3. Date of Report 6/22/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States District Court P.O. Box 760 Brattleboro, VT 05302-0760 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | ███ Limited Partnership #1 |
| 2. | Partner | ███ Limited Partnership #2 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUN 23 A 11: 15 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | New York Intellectual Property Law Association | New York, NY, March 26, 2004 – Awards dinner (meals, hotel, transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Air Products & Chemical Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 2. Air Products & Chemical Common Stock | A | Dividend | | | Sell | 12/2 | J | A | |
| 3. Alltel Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 4. American Pwr. Conv. Common Stock | | None | | | Sell | 3/25 | J | D | |
| 5. Amgen Common Stock | | None | K | T | | | | | |
| 6. Analog Devices Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 7. Bemis Company Common Stock | A | Dividend | J | T | Buy | 12/2 | J | | |
| 8. Cathay Bank Common Stock | A | Dividend | K | T | | | | | |
| 9. Comcast Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 10. Comcast Common Stock | A | Dividend | | | Sell | 8/26 | J | | |
| 11. Cisco Systems Common Stock | | None | J | T | Buy | 3/25 | J | | |
| 12. Dominion Res. Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 13. Eastern Co. Common Stock | A | Dividend | | | Sell | 3/25 | J | | |
| 14. Ecolab Common Stock | A | Dividend | J | T | Buy | 12/2 | J | | |
| 15. Exxon-Mobil Common Stock | B | Dividend | L | T | | | | | |
| 16. Federated U.S. Treas Cash Res | A | Interest | J | T | | | | | |
| 17. Income Money Market Fund | A | Interest | J | T | Buy | 1/10 | J | | |
| 18. Ishare Midcap Index 400 Fund | A | Dividend | J | T | Buy | 3/25 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes (See Column C2)
   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Ishare Small Cap 600 Fund | A | Dividend | J | T | Buy | 3/25 | J | | |
| 20. Johnson Controls Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 21. Kaman Corp. Common Stock | B | Dividend | K | T | | | | | |
| 22. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 23. Nokia Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 24. Omnicom Group Common Stock | A | Dividend | J | T | Buy | 8/26 | J | | |
| 25. Pepsico Common Stock | A | Dividend | J | T | Buy | 3/25 | J | | |
| 26. Pimco Short Term Institutional | A | Dividend | K | T | Buy | 3/25 | K | | |
| 27. Verizon Common Stock | A | Dividend | K | T | | | | | |
| 28. Webster Fincl. Corp. | B | Dividend | K | T | | | | | |
| 29. Merchants Bank Account | A | Interest | K | T | | | | | |
| 30. Brattleboro Country Club | A | Interest | J | W | | | | | |
| 31. Brattleboro Racquetsports, VT | | None | J | W | | | | | |
| 32. Brattleboro Tennis Club, VT | | None | J | W | | | | | |
| 33. Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 34. ■■■Limited Partnership #1 | E | Div. & Int. | P1 | T | | | | | |
| 35. - Automatic Data Processing Stock | | | | | | | | | |
| 36. - Becton Dickinson Stock | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)   U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Citigroup Stock | | | | | | | | | |
| 38. - Columbia Mid Cap Value Fund | | | | | | | | | |
| 39. - Columbia Sm. Cap Fund | | | | | | | | | |
| 40. - Columbia Sm. Cap Equity Fund | | | | | | | | | |
| 41. - Columbia Acorn Fund | | | | | Buy | 1/2 | K | | |
| 42. - Columbia Acorn Int'l Fund | | | | | Buy | 1/2 | K | | |
| 43. - Conagra Stock | | | | | | | | | |
| 44. - Dell Stock | | | | | | | | | |
| 45. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 46. - Ely Lilly Stock | | | | | Sell | 1/6 | K | | |
| 47. - Federal Nat'l Mtg. Stock | | | | | Sell | 11/23 | K | A | |
| 48. - Hartford Fin'l Stock | | | | | | | | | |
| 49. - Home Depot Stock | | | | | Buy | 8/6 | L | | |
| 50. - Oracle Stock | | | | | | | | | |
| 51. - Pepsico Stock | | | | | | | | | |
| 52. - Pfizer Stock | | | | | | | | | |
| 53. - Procter & Gamble Stock | | | | | | | | | |
| 54. - Target Stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - United Technologies Stock | | | | | Buy | 8/6 | K | | |
| 56. - Weyerhaeuser Stock | | | | | | | | | |
| 57. ▓▓▓ Limited Partnership #2 | G | Div. & Int. | P2 | T | | | | | |
| 58. - Amgen Stock | | | | | | | | | |
| 59. - Automatic Data Processing Stock | | | | | | | | | |
| 60. - Bank of America Stock (formerly Fleet Boston) | | | | | | | | | |
| 61. - Boston Scientific | | | | | Buy | 8/9 | L | | |
| 62. - Cardinal Health Stock | | | | | Sell | 8/9 | M | | |
| 63. - Caterpillar Stock | | | | | | | | | |
| 64. - Cathay Bancorp Stock | | | | | | | | | |
| 65. - Columbia Mid Cap Fd | | | | | | | | | |
| 66. - Columbia Small Cap Fd | | | | | | | | | |
| 67. - Compudyne Stock | | | | | | | | | |
| 68. - Conagra Foods Stock | | | | | | | | | |
| 69. - CSX Corp. Stock | | | | | | | | | |
| 70. - Dana Corp. | | | | | | | | | |
| 71. - Dell Stock | | | | | | | | | |
| 72. - Dreyfus Tax Exempt Fund | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Eastman Kodak Stock | | | | | | | | | |
| 74. - Exxon Mobil Stock | | | | | | | | | |
| 75. - Federated Muni Ultrashort Fund | | | | | | | | | |
| 76. - First Data Stock | | | | | | | | | |
| 77. - Franklin Res. Stock | | | | | | | | | |
| 78. - General Motors Stock | | | | | | | | | |
| 79. - Genzyme Stock | | | | | | | | | |
| 80. - Houston Tex Arpt Bonds | | | | | | | | | |
| 81. - Hughes Electronic Corp. | | | | | Sell | 8/6 | J | D | |
| 82. - Johnson & Johnson Stock | | | | | Buy | 8/6 | L | | |
| 83. - Lowes Stock | | | | | Buy | 8/11 | K | | |
| 84. - Lubrizol Corp. Stock | | | | | | | | | |
| 85. - Microsoft Stock | | | | | | | | | |
| 86. - Morgan J.P. Chase Stock | | | | | | | | | |
| 87. - News Corp. Ltd. | | | | | Sell | 8/6 | J | A | |
| 88. - Procter & Gamble Stock | | | | | | | | | |
| 89. - Royal Dutch Pet. Stock | | | | | | | | | |
| 90. - Staples Stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5.000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100.000 | G = $100,001-$1,000.000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25.000,001-$50,000,000 | | P4 = $More than $50,000.000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Target Stock | | | | | | | | | |
| 92. - Teva Pharmaceutical Stock | | | | | Buy | 8/9 8/11 | M | | |
| 93. - United Technologies Stock | | | | | Buy | 8/6 | K | | |
| 94. - Weyerhaeuser Stock | | | | | | | | | |
| 95. Trust Company of VT - IRA | B | Div. & Int. | M | T | | | | | |
| 96. - Abbott Labs Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 97. - Air Products Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 98. - Air Products Stock | A | Dividend | | | Sell | 8/5 | J | A | |
| 99. - Alltel Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 100. - Bemis Stock | A | Dividend | J | T | Buy | 8/5 | J | | |
| 101. - BPPLC Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 102. - Chevron Texaco | A | Dividend | J | T | Buy | 2/12 | J | | |
| 103. - Citigroup | A | Dividend | J | T | Buy | 8/5 | J | | |
| 104. - Clarcor | A | Dividend | J | T | Buy | 9/2 | J | | |
| 105. - Colgate-Palmolive Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 106. - Conagra | A | Dividend | J | T | Buy | 2/12 | J | | |
| 107. - Dodge & Cox Stock Fund | | | | | Sell | 2/13 | K | D | |
| 108. - Dominion Res. Stock | A | Dividend | J | T | Buy | 2/12 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Emerson Electric Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 110. - Federated Prime Oblig. Fund | | | | | | | | | |
| 111. - Fidelity Contra #22 | | | | | Sell | 2/13 | K | B | |
| 112. - Fidelity Select Elect. Fund | | | | | | | | | |
| 113. - Fortune Brands | A | Dividend | J | T | Buy | 2/12 | J | | |
| 114. - Healthcare PPTY Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 115. - Janus Enterprise Fund | | | | | Sell | 2/13 | J | | |
| 116. - Janus Twenty Fund | | | | | Sell | 2/13 | K | | |
| 117. - Johnson & Johnson Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 118. - Johnson Controls Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 119. - Omnicom Group Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 120. - Paherson Cos. Stock | | | J | T | Buy | 9/2 | J | | |
| 121. - Pepsico, Inc. | A | Dividend | J | T | Buy | 2/12 | J | | |
| 122. - Pfizer Stock | A | Dividend | J | T | Buy | 8/5 | J | | |
| 123. - PIMCO RCM Biotech Fund | | | | | | | | | |
| 124. - PIMCO Short Term Institutional Fund | | | | | | | | | |
| 125. - Plum Creek Timber Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 126. - United Technologies Stock | A | Dividend | J | T | Buy | 2/12 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. - US Bancorp Stock | A | Dividend | J | T | Buy | 2/12 | J | | |
| 128. - Washington Mutual Stock | A | Dividend | J | T | Buy | 2/18 | J | | |
| 129. Trust #1 | E | Div. & Int. | O | | | | | | |
| 130. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 131. - Exxon Mobil Stock | | | | | | | | | |
| 132. - Federated Muni Fd. | | | | | | | | | |
| 133. - Providian Stock | | | | | | | | | |
| 134. Trust #2 | E | Div. & Int. | P1 | | | | | | |
| 135. - Bank of America Stock (formerly Fleet Boston) | | | | | | | | | |
| 136. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 137. - Federated Muni Ultrashort Fund | | | | | | | | | |
| 138. - Kaman Stock | | | | | | | | | |
| 139. Merrill Lynch IRA | A | Div. & Int. | M | T | | | | | |
| 140. - American Growth Fund | | | | | | | | | |
| 141. - Calamos Growth Fund | | | | | | | | | |
| 142. - Ford Motor Cdt Bond | | | | | | | | | |
| 143. - General Mtrs Bond | | | | | | | | | |
| 144. - Hotchkis & Wiley Midcap Fund | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murtha, J. Garvan | 6/22/2005 |

## VII. INVESTMENTS and TRUSTS   – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145.   - Loomis Sayles Strategic Fund | | | | | | | | | |
| 146.   - Lord Abbett Midcap Fund | | | | | | | | | |
| 147.   - Mainstay Balanced Fund | | | | | | | | | |
| 148.   - PIMCO Emerg Mkts Bd Fd | | | | | | | | | |
| 149.   - Touchstone Emerging Growth Fund | | | | | | | | | |
| 150.   - Van Kampen Global Fd | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| | U  = Book Value | V  = Other | W  = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murtha, J. Garvan | 6/22/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date_____6/22/05_____

NO... FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE... app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544